O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>           Plaintiff,<br><br>  v.<br><br>SOKHA PECH; DAVID ALAN BOUCHER,<br><br>           Defendants.| Case No. CV 13-01990 DDP (JEMx)<br><br>**ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION** |

It is not clear to the court that the amount in controversy in this matter exceeds $75,000, as is required to establish diversity jurisdiction under 28 U.S.C. § 1332.

Accordingly, Plaintiff is ordered to file a brief, not to exceed ten pages, by no later than Friday, May 24, 2013 to show cause why this action should not be dismissed for failure to satisfy the amount in controversy requirement. The parties should also deliver a courtesy copy to chambers, Room 244-J, Second Floor, 312 N. Spring Street, Los Angeles.

///

///

Failure to file a brief will be regarded as non-opposition to dismissal.

IT IS SO ORDERED.

Dated: May 14, 2013

DEAN D. PREGERSON
United States District Judge