WRIGHT, FINLAY & ZAK, LLP
T. Robert Finlay, Esq., SBN 167280
Michael J. Gilligan, Esq., SBN
Daniel A. Valenzuela, Esq., SBN
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
Tel: (949) 477-5050; Fax: (949) 608-9142
mgilligan@wrightlegal.net; dvalenzuela@wrightlegal.net

Attorney for Plaintiff, FEDERAL NATIONAL MORTGAGE ASSOCIATION

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATON,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>SOKHA PECH; DAVID ALAN BOUCHER; AND DOES 1 THROUGH 25, INCLUSIVE and DOES 1-10 inclusive,<br><br>　　　　　Defendants. | Case No.:  CV 13-01990 DDP (JEMx)<br><br>**JUDGMENT CANCELLING INSTRUMENT AND QUIETING TITLE** |

　　　After consideration of Plaintiff Federal National Mortgage Association's ("Plaintiff") Motion for Entry of Default Judgment, the papers filed in support of the Motion, and any other relevant and pertinent information related thereto, the Motion for Entry of Default Judgment is GRANTED, and Judgment is entered in favor of Plaintiff and against Defendants Sokha Pech and David Alan Boucher (collectively "Defendants"), as follows:.

1. The Court hereby declares and adjudges that Plaintiff is the true and lawful owner of the real property commonly known as 4518 Ranger Avenue, El Monte, California 91731 (the "Subject Property") to the exclusion of any purported interest claimed by Defendants;

2. The Court hereby further declares and decrees that the Grant Deed to Defendant Sokha Pech, recorded on August 6, 2012, as Instrument no. 20121162798, in the Official Records of Los Angeles County, is VOID, *ab initio*, and is ordered cancelled and expunged from the Official Records of the County of Los Angeles and shall not impart constructive notice of its contents or in any manner impact title to the Subject Property;

3. The Court finds that the recordation and filing of the Grant Deed described in paragraph 2 above was done with malice and with intent to injure Plaintiff by creating a cloud upon Plaintiff's ownership interest in and to the Subject Property as there was no legal or factual basis under which Defendants could have lawfully recorded or filed said document;

4. Plaintiff shall have and recover from Defendants, it's reasonable attorney fees incurred in removing the cloud upon title caused by Defendants' action in recording the invalid document described in paragraph 2 above in the sum of $5,508.72;

5. The Court hereby further declares and decrees that Defendants are hereby enjoined and restrained from recording any further documents against title to the Subject Property, which is legally described as follows:

> Lot 85 of Tract No. 17231, in the City of El Monte, County of Los Angeles, State of California, as per map recorded in Book 504, pages 1 and 2 of Maps, in the Office of the County Recorder of said County.

Date: September 10, 2013

*/s/ Dean D. Pregerson*

US District Judge

2

**JUDGMENT CANCELLING INSTRUMENTS AND QUIETING TITLE**